# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALBERTO ORNELAS,<br><br>　　Plaintiff,<br><br>　　v.<br><br>MATTHEW CATE, et al.,<br><br>　　Defendants.<br>_____/ | CASE NO: 1:10-cv-02366-AWI-GBC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTIONS FOR PRELIMINARY INJUNCTION<br><br>Docs. 8, 9, 12 |

On December 20, 2010, Plaintiff Jorge Alberto Ornelas ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983. Doc. 1. In Plaintiff's complaint, he alleged conspiracy, violations of regulations and the inmate appeals process, access to courts, retaliation, denial of equal protection, violations of due process for placement in administrative segregation, excessive force, deliberate indifference to medical need and health and safety, failure to protect, overcrowding, fire hazards, and bad plumbing. *See id.* The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 24, 2011 and November 9, 2011, Plaintiff filed a Motion for Temporary Restraining Order and a second Motion for a Temporary Restraining Order. Docs. 8, 9.

On June 4, 2012, the Magistrate Judge construed these as motions for a preliminary injunction and issued Findings and Recommendations to deny the motions. Doc. 12. Plaintiff has not filed any objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed June 4, 2012, are ADOPTED, in full; and
2. Plaintiff's motions for preliminary injunction, filed October 24, 2011 and November 9, 2011, are DENIED.

IT IS SO ORDERED.

Dated:     July 21, 2012

CHIEF UNITED STATES DISTRICT JUDGE