# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALBERTO ORNEALAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW CATE, et al.,<br><br>　　　　　Defendants. | Case No.  1:10-cv-02366-AWI-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING DISMISSING CERTAIN CLAIMS AND DEFENDANTS<br><br>(ECF No. 17) |

　　　　Plaintiff Jorge Alberto Ornealas is a state prisoner appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　Currently before the Court is Plaintiff's first amended complaint, filed July 2, 2012.  (ECF No. 13.)  On April 17, 2013, the Magistrate Judge issued a findings and recommendations recommending dismissing certain claims and defendants.  (ECF No. 17.)  Plaintiff did not file any objections to the findings and recommendations.    Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

///

1

Accordingly, it is HEREBY ORDDERED that:

1. This action shall proceed on Plaintiff's first amended complaint against Defendant Black for the failure to protect in violation of the Eighth Amendment and against Defendants King and Deathriage for excessive force in violation of the Eighth Amendment;

2. Defendant Hartley is dismissed from this action based on Plaintiff's failure to state a claim against him; and

3. This matter is referred back to the Magistrate Judge to initiate service of process proceedings.

IT IS SO ORDERED.

Dated: June 19, 2013

SENIOR DISTRICT JUDGE