UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALBERTO ORNELAS,<br><br>    Plaintiff,<br><br>    v.<br><br>MATTHEW CATE, et al.,<br><br>    Defendants. | Case No.: 1:10-cv-02366-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMEDATION, DENYING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER<br><br>[ECF Nos. 34, 38] |

    Plaintiff Jorge Alberto Ornelas is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On January 23, 2014, the Magistrate Judge filed a Findings and Recommendations which was served on the parties and which contained notice to the parties that Objections to the Findings and Recommendations were to be filed within thirty days. No Objections were filed.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed on January 23, 2014, is adopted in full; and
2. Plaintiff's motion for a temporary restraining order is DENIED.

IT IS SO ORDERED.

Dated:   April 10, 2014

SENIOR DISTRICT JUDGE