UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALBERTO ORNELAS,<br><br>    Plaintiff,<br><br>    v.<br><br>MATTHEW CATE, et al.,<br><br>    Defendants. | Case No.: 1:10-cv-02366-AWI-SAB (PC)<br><br>ORDER REFERRING MOTION BACK TO MAGISTRATE JUDGE IN LIGHT OF RECENT CASE AUTHORITY<br><br>[ECF No. 33] |

Plaintiff Jorge Alberto Ornelas is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 23, 2013, Defendants filed a unenumerated 12(b) motion to dismiss the complaint for Plaintiff's failure to exhaust the administrative remedies.

On December 16, 2013, the Magistrate Judge issued Findings and Recommendations to grant Defendants' motion. Plaintiff filed objections on January 2, 2014, and Defendants filed a reply on January 15, 2014.

On April 3, 2014, the United States Court of Appeals for the Ninth Circuit issued a decision overruling Wyatt v. Terhune, 315 F.3d 1108, 1119 (9th Cir. 2003) with respect to the proper procedural device for raising the issue of administrative exhaustion. Albino v. Baca, No. 10-55702, 2014 WL 1317141, at *1 (9th Cir. Apr. 3, 2014) (en banc). Following the decision in Albino, Defendants may raise the issue of exhaustion in either (1) a motion to dismiss pursuant to Rule

12(b)(6), in the rare event the failure to exhaust is clear on the face of the complaint, or (2) a motion for summary judgment.  <u>Albino</u>, 2014 WL 1317141, at *4 (quotation marks omitted).  An unenumerated Rule 12(b) motion is no longer the proper procedural device for raising the issue of exhaustion.  <u>Id</u>.

In light of the intervening decision in <u>Albino</u>, the motion is referred back to the Magistrate Judge for further consideration.

IT IS SO ORDERED.

Dated:   April 30, 2014                                      /s/ signature

SENIOR DISTRICT JUDGE