# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALBERTO ORNELAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW CATE, et al.,<br><br>　　　　Defendants. | Case No.: 1:10-cv-02366-AWI-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO TAKE PLAINTIFF'S DEPOSITION BY VIDEOCONFERENCE<br><br>[ECF No. 43] |

Plaintiff Jorge Alberto Ornelas is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Now pending before the Court is Defendants' request to take Plaintiff's deposition by videoconference based on asserted travel cost constraints, filed May 2, 2014.

Pursuant to Fed. R. Civ. P. 30(b)(4), the "parties may stipulate—or the court may on motion order—that a deposition be taken by telephone or other remove means."

Good cause having been presented to the Court, Defendants' request to conduct Plaintiff's deposition by videoconference is GRANTED.

IT IS SO ORDERED.

　Dated: __May 5, 2014__　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1